IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MANUEL T. CHAVEZ, Sr.,

    Plaintiff,

v.                                                       No. 18-cv-0483 SMV

NANCY A. BERRYHILL,
**Acting Commissioner of the Social Security,**

    **Defendant.**

## ORDER SETTING BRIEFING SCHEDULE

THIS MATTER is before the Court for scheduling, and IT IS HEREBY ORDERED that:

(1)     Plaintiff shall file a Motion to Reverse or Remand Administrative Agency Decision with Supporting Memorandum no later than **September 24, 2018**;

(2)     Defendant shall file a Response no later than **November 19, 2018**;

(3)     Plaintiff may file a Reply no later than **December 17, 2018**;

(4)     All supporting memoranda filed pursuant to this Order shall cite the transcript or record in support of assertions of fact and shall cite authority in support of propositions of law; and

(5)     All requests for extensions of time altering the deadlines set in this Order shall be made through a motion to the Court. If the parties concur in seeking an extension of time, they shall submit a stipulated proposed order for Court approval.

**IT IS SO ORDERED.**

                                                            _____
                                                             **STEPHAN M. VIDMAR**
                                                             **United States Magistrate Judge**
                                                             **Presiding by Consent**