## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

**MANUEL T. CHAVEZ SR.,**

      **Plaintiff,**

**v.**                                     **Civ. No. 18-483 SMV**

**NANCY A. BERRYHILL, Acting**
**Commissioner of the Social Security**
**Administration,**

      **Defendant.**

## ORDER ON UNOPPOSED MOTION TO EXTEND BRIEFING DEADLINES

THIS MATTER coming before the Court upon Plaintiff's Unopposed Motion to Extend Briefing Deadlines, it being stated that opposing counsel concurs in the granting of the Motion, and the Court having read the Motion and being fully advised of the premises,

IT IS THEREFORE ORDERED that Plaintiff is granted through October 8, 2018 to serve her Motion to Reverse or Remand for a Rehearing with Supporting Memorandum.

IT IS FURTHER ORDERED that Defendant is granted through December 7, 2018 to serve her Response, and Plaintiff through December 21, 2018 to serve her reply.

 

_____
HONORABLE STEPHAN M. VIDMAR
UNITED STATES MAGISTRATE JUDGE

Submitted and Approved By:


*/s/Michael D. Armstrong*
Michael D. Armstrong
Attorney for Plaintiff
220 Adams St. SE, Suite B
Albuquerque, NM 87108
Bus.    (505) 890-9056
Fax.    (505) 266-5860


Email Approval on September 24, 2018
Manuel Lucero, AUSA
manny.lucero@usdoj.gov
United States Attorney's Office
District of New Mexico
P.O. Box 607
Albuquerque, NM   87103
(505) 224-1504
(505) 346-7205 fax