IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**MANUEL T. CHAVEZ, SR.,**
    **Plaintiff,**

vs.                                                        CIV NO. 18-483-SMV

**NANCY A. BERRYHILL,**
**Acting Commissioner of Social Security,**
**Defendant.**

## ORDER FOR EXTENSION

Upon consideration of Defendant's Unopposed Motion for an Extension of Time to file a response to Plaintiff's Motion to Reverse and Remand to Agency for Rehearing with Supporting Memorandum, the Court having reviewed the motion and being otherwise fully advised FINDS that the motion is well taken and is GRANTED.

IT IS THEREFORE ORDERED that Defendant shall have until January 7, 2019 to file a response, and Plaintiff shall have until January 21, 2019 to file a reply.

SIGNED as of 10th day of December 2018.

                                         _____
                                         HONORABLE STEPHAN M. VIDMAR
                                         United States Magistrate Judge

SUBMITTED AND APPROVED BY:

*Electronically submitted 12/6/18*
Kirsten A. Westerland
Special Assistant United States Attorney

*Extension approved over phone on 12/6/18*
Michael Armstrong
Attorney for Plaintiff