# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**MANUEL T. CHAVEZ SR.,**

      **Plaintiff,**

v.                                       Civ. No. 18-483 SMV

**NANCY A. BERRYHILL, Acting**
**Commissioner of the Social Security**
**Administration,**

      **Defendant.**

## ORDER ON UNOPPOSED MOTION FOR EXTENSION OF TIME

THIS MATTER coming before the Court upon Plaintiff's Unopposed Motion for Extension of Time, it being stated that opposing counsel concurs in the granting of the Motion, and the Court having read the Motion and being fully advised of the premises,

IT IS THEREFORE ORDERED that Plaintiff is granted through February 12, 2019, to serve his reply to the agency's response to his initial motion to reverse or remand.

                                                HONORABLE STEPHAN M. VIDMAR
                                               UNITED STATES MAGISTRATE JUDGE

Submitted and Approved By:

| | |
|---|---|
| */s/Michael D. Armstrong* | Email Approval on January 18, 2019 |
| Michael D. Armstrong | Manuel Lucero, AUSA |
| Attorney for Plaintiff | manny.lucero@usdoj.gov |
| 220 Adams St. SE, Suite B | United States Attorney's Office |
| Albuquerque, NM 87108 | District of New Mexico |
| Bus.  (505) 890-9056 | P.O. Box 607 |
| Fax.  (505) 266-5860 | Albuquerque, NM 87103 |
| | (505) 224-1504 |
| | (505) 346-7205 fax |