# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

**MANUEL T. CHAVEZ, Sr.,**

    **Plaintiff,**

**v.**                                                                                 No. 18-cv-0483 SMV

**NANCY A. BERRYHILL,**
**Acting Commissioner of Social Security Administration,**

    **Defendant.**

## JUDGMENT

Having granted Plaintiff's Motion to Reverse and Remand for a Rehearing with Supporting Memorandum [Doc. 17] by a Memorandum Opinion and Order entered concurrently herewith,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Plaintiff.

**IT IS SO ORDERED.**

                                                                        _____
                                                                        **STEPHAN M. VIDMAR**
                                                                        **United States Magistrate Judge**
                                                                        **Presiding by Consent**